UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| ) | |
| v.                                                    ) | Criminal No. 14-10072-DPW |
| ) | |
| **JAMES DAWN,**                              ) | |
|           Defendant.                           ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION UNDER 18 U.S.C. §2255**

The United States of America, through undersigned counsel, files this motion seeking to extend time to respond to the defendant's motion pursuant to 18 U.S.C. § 2255.  As reasons therefore, the government states that the Court's Order establishing the deadline for the government's responsive pleading provides that the government is to respond on or before June 16, 2018. See docket entry #86.

The government respectfully requests that the Court extend the deadline for the submission of its responsive pleading for 21 days until July 7, 2018.  The government states that the undersigned counsel requires the additional time to complete the opposition as counsel is presently on trial in the fourth MS-13 matter before Judge Saylor that commenced on June 6, 2018, docket #1:15-CR-10338.  These trials have lasted approximately three-four weeks each, and this trial is expected to as well.  Further, the government has contacted Jaime Zambrana, the defense counsel that the defendant asserts is ineffective.  Attorney Zambrana has indicated that he is not in the area and is therefore unavailable until June 24, 2018 to provide materials necessary for the government's response.

Wherefore, the government respectfully requests that this Court allow this motion.

                          Respectfully submitted,

                          ANDREW E. LELLING
                          United States Attorney

By:    s/ Glenn A. MacKinlay
         GLENN A. MACKINLAY
         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney